FILED
2024 DEC 23 PM 1:45

1

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
_____ District of _____ ▼

_____ Division

| | |
|---|---|
| **LOBARI BLACKWELL** ) | Case No. _____ |
| _____ ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* ) | Jury Trial: *(check one)* ☐ Yes ✓ No |
| *If the names of all the plaintiffs cannot fit in the space above,* ) | |
| *please write "see attached" in the space and attach an additional* ) | |
| *page with the full list of names.)* ) | |
| -v- ) | |
| **EVERETT POLICE DEPARTMENT** ) | |
| _____ ) | |
| *Defendant(s)* ) | |
| *(Write the full name of each defendant who is being sued. If the* ) | |
| *names of all the defendants cannot fit in the space above, please* ) | |
| *write "see attached" in the space and attach an additional page* ) | |
| *with the full list of names.)* ) | |

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Lobari Blackwell |
   | Street Address | 126 Oxford st |
   | City and County | Lynm. Middlesex |
   | State and Zip Code | MA, 01901 |
   | Telephone Number | 7817154823 |
   | E-mail Address | lobariblackwell@gmail.com |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
    Name: Everett Police Department
    Job or Title (if known): Law enforcement
    Street Address: 45 Elm st
    City and County: Everett, Middlesex
    State and Zip Code: 02149, MA
    Telephone Number: 6173892120
    E-mail Address (if known):

2

Defendant No. 2
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 3
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question     [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

4,5,14

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

3

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Lobari Blackwell , is a citizen of the State of *(name)* New Hampshire .

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

    and has its principal place of business in the State of *(name)* _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* Everett Police Dept _____ , is incorporated under the laws of the State of *(name)* Massachusetts _____ , and has its principal place of business in the State of *(name)* Massachusetts _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

---

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See attachment

---

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

4

Plaintiff seeks 1,000,000

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**V.     Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.     For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  12-18-24

Signature of Plaintiff    _____
Printed Name of Plaintiff    Lobari Blackwell

**B.     For Attorneys**

Date of signing:  _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Street Address    _____
State and Zip Code    _____
Telephone Number    _____
E-mail Address    _____

5

## UNITED STATES DISTRICT COURT

## for the

## Middlesex District of Massachusetts

## Division

Lobari Blackwell
Plaintiff

V.                                                              No jury trial

Everett Police
Department
Defendant

# II <u>Basis For Jurisdiction</u>

Plaintiff was/is a subject to

<u>unconstitutional(Unlawful) provisions</u>
Art 1, Amdt 9, 10

Plaintiff was <u>Unlawfully detained and arrested</u> and vehicle
Amdt 5, 14

was <u>Unlawfully searched</u>
Amdt 4

# III <u>Statement of claims</u>

On.Dec 17th to 18th closing midnight Plaintiff drove to a seven eleven from sunoco gas station two mins away to get items . When exiting the vehicle to enter the store. Observing moments later a cruiser pulled up to the rotary right beside Plaintiff vehicle about 6ft distance. The cruiser held up traffic to observe Plaintiff and it wasn't til beeped that the cruuser moved. Upon exiting the store and reentering the vehicle Plaintiff observed the cruiser parked in the same parking lot behind Plaintiff. When Plaintiff exited the lot it was observed that the cruiser was tailing plaintiff vehicle with no signal. Plaintiff pulled aside the road and cruiser proceeded to the nearest lot to Plaintiff right. Plaintiff decided to drive to McDonald's for his safety Not breaking any road regulations for speed, signs, etc. plaintiff proceeded to head to McDonald's. Pulled into a space turned off engine and rolled down the windows both front windows on assuming the electric power. Officer came up to window and detained plaintiff.

Footnotes:

We as citizens count on Law enforcement applied as a defense by Congress to the states in this republic as the Militia provided to defend citizens when citizen aren't able to defend themselves as the power of the constitution granted to every citizen.
**15 U.S. Code § 1692d**

## 18 U.S. Code § 242

- **U.S. v. In this case, Davis,** Hardy, and Causey were charged with violating 18 U.S.C. § 242, along with other statutes, after the death of Ms. Groves. Recordings revealed that Davis ordered Hardy to kill Groves, and Hardy shot her in the head. Davis and Hardy were convicted on all charges, and Causey was convicted on all but the obstruction count.