## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____

|  |  |
|---|---|
| LOBARI BLACKWELL, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) Civil Action No. 24-cv-13176-AK |
| v. | ) |
|  | ) |
| EVERETT POLICE DEPARTMENT | ) |
|  | ) |
| Defendant. | ) |

_____)

## ORDER

**A. KELLEY, D.J.**

Plaintiff Lobari Blackwell initiated this action on December 23, 2024, by filing a complaint with a motion for leave to proceed *in forma pauperis*. [Dkt. Nos. 1, 2].  On January 17, 2025, he filed a motion seeking forensics analysis.  [Dkt. No. 6].

In an Order dated March 7, 2025,  the Court denied without prejudice Plaintiff's motion for leave to proceed *in forma pauperis*.  [Dkt. 7].  The Court informed Plaintiff that if he wished to proceed without prepayment of the filing fee, he must file a renewed motion that is supplemented with additional information.  [Id. at 2].  The Order stated that failure to comply within twenty-one (21) days will result in dismissal of this action without prejudice.  [Id.].

Plaintiff has not, to date, filed a renewed motion, and the time to do so has expired. Accordingly, and in accordance with the Court's Order [Dkt. 7], this action is DISMISSED WITHOUT PREJUDICE.  The Clerk shall enter a separate order of dismissal.

**SO ORDERED.**

/s/ Angel Kelley
Hon. Angel Kelley
United States District Judge

Dated: April  2, 2025