UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| Lobari Blackwell, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 24-CV-13176-AK |
| v. | ) | |
| | ) | |
| Everett Police Department, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order [Dkt. 9] entered on 4/2/2025, it is hereby **ORDERED** that the above-entitled action be, and hereby is, **DISMISSED**.

Dated: 4/2/2025                                                                                          By the Court,

/s/ Courtney Horvath
Deputy Clerk